**Dismissed and Opinion filed August 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00858-CV

### IN RE STEPHEN HOWARD TIMMS, Relators

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-06-00155**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart
Opinion by Justice Evans

Relator contends the trial court failed to act on his motion for DNA testing. The facts and issues are well known to the parties, so we need not recount them herein. On July 28, 2016, the trial court issued its notification of request for forensic DNA testing in accordance with article 64.02 of the Texas Code of Criminal Procedure. Therefore, the issues presented in this petition are moot. *See In re Williams*, 05-12-00485-CV, 2012 WL 1595080, at *1 (Tex. App.—Dallas May 7, 2012, no pet.). Accordingly, we **DISMISS** relator's petition for writ of mandamus as moot.

*/s/ David Evans*
DAVID EVANS
JUSTICE

160858F.P05